Jason J. Ruedy
LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919
jruedy@roycebrain.com

Attorneys for Plaintiff Alaska Pacific Leasing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA PACIFIC LEASING COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MB AMERICA, INC.,<br><br>    Defendant. | Case No. 3:15-cv-00196-JWS |

## STATUS REPORT

COME NOW the parties, by and through their respective counsel of record, and submit the following status report in response to the Court's Status Report Order dated May 9, 2016 at Docket No. 6.

The parties have resolved all claims and intend to file a Stipulation for Dismissal with Prejudice upon execution and delivery of all settlement documents, which will occur prior to May 20, 2016.

//


//

DATED at Anchorage, Alaska this 12th day of May, 2016.

        LAW OFFICES OF ROYCE & BRAIN
        Counsel for Plaintiff

By:   /s/ Jason J. Ruedy
      1407 W. 31st Avenue, Floor 7
      Anchorage, Alaska 99503
      Telephone: 907-258-6792
      Facsimile: 907-276-2919
      Email: jruedy@roycebrain.com
      Alaska Bar Association No. 9911070

DATED at Anchorage, Alaska this 12th day of May, 2016.

        SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
        Counsel for Defendant

By:   /s/ John C. Wendlandt
      500 L Street, Suite 500
      Anchorage, Alaska 99501
      Telephone: 907-677-3600
      Facsimile: 907-677-3605
      Email: wendlandt@alaskalaw.pro
      Alaska Bar Association No. 8908046

## CERTIFICATE OF SERVICE

I certify that on May 12, 2016, a true and correct copy of the foregoing document was served electronically on the following:

John C. Wendlandt
Sedor, Wendlandt, Evans & Filippi, LLC
500 L Street, Suite 500
Anchorage, Aalska 99501
wendlandt@alaskalaw.pro

/s/ Jason J. Ruedy

Status Report
*Alaska Pacific Leasing Co. v. MB America, Inc.*
Case No. 3:15-cv-00196-JWS
Page 2 of 2