Jason J. Ruedy
LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, Alaska 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919
jruedy@roycebrain.com

Attorneys for Plaintiff Alaska Pacific Leasing Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA PACIFIC LEASING COMPANY,<br><br>        Plaintiff,<br><br>  vs.<br><br>MB AMERICA, INC.,<br><br>        Defendant. | |
| | Case No. 3:15-cv-00196-JWS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their respective counsel of record, and hereby stipulate and agree that, Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims asserted in this case be dismissed, with prejudice, with each party to bear all of their own costs and attorney's fees.

//

//

//

DATED at Anchorage, Alaska this 12th day of May, 2016.

LAW OFFICES OF ROYCE & BRAIN
Counsel for Plaintiff


By: /s/ Jason J. Ruedy
1407 W. 31st Avenue, Floor 7
Anchorage, Alaska 99503
Telephone: 907-258-6792
Facsimile: 907-276-2919
Email: jruedy@roycebrain.com
Alaska Bar Association No. 9911070

DATED at Anchorage, Alaska this 12th day of May, 2016.

SEDOR, WENDLANDT, EVANS & FILIPPI, LLC
Counsel for Defendant


By: /s/ John C. Wendlandt
500 L Street, Suite 500
Anchorage, Alaska 99501
Telephone: 907-677-3600
Facsimile: 907-677-3605
Email: wendlandt@alaskalaw.pro
Alaska Bar Association No. 8908046

## CERTIFICATE OF SERVICE

I certify that on May 17, 2016, a true and correct copy of the foregoing document was served electronically on the following:

John C. Wendlandt
Sedor, Wendlandt, Evans & Filippi, LLC
500 L Street, Suite 500
Anchorage, Aalska 99501
wendlandt@alaskalaw.pro

/s/ Jason J. Ruedy

Stipulation for Dismissal with Prejudice
*Alaska Pacific Leasing Co. v. MB America, Inc.*
Case No. 3:15-cv-00196-JWS
Page 2 of 2

LAW OFFICES OF ROYCE & BRAIN
1407 West Thirty-First Avenue, 7th Floor
Anchorage, AK 99503-3678
Telephone: (907) 258-6792
Facsimile: (907) 276-2919